# UNITED STATES DISTRICT COURT
## Southern District of Mississippi
### Jackson Division

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| V. | (For Offenses Committed On or After November 1, 1987) |
| | Case Number:      3:02cr131WN-001 |
| FERLANDO ESCO | USM Number:      11355-042 |
| | Defendant's Attorney:  Omodare Jupiter, Federal Public Defender |
| | 200 S Lamar St., Suite 100-S |
| | Jackson, MS 39201 |
| | (601) 948-4284 |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

■ was found in violation of condition(s)  Mandatory Condition _____ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Mandatory Condition | On August 14, 2006, after a trial beginning August 8, 2006, and continuing through August 11, 2006, Esco was convicted by jury in the Circuit Court of Madison County, of Aggravated Assault, Count I; Armed Robbery, Count II; Conspiracy to Commit Aggravated Assault, Count III; Conspiracy to Commit Armed Robbery, Count IV; Possession of a Firearm by a Convicted Felon, Count V; and Felony Evasion, Count VI. | 08-14-06 |
| | Esco was sentenced by the Honorable William E. Chapman, II to serve life imprisonment without parole or probation to be served concurrently to each other as to Count I, Count II, Count III, Count IV, and Count V.  As to Count VI, Esco was sentenced to serve life imprisonment without parole or probation to be served consecutively to the sentences imposed in Count I, Count II, Count III, Count IV and Count V. | 08-14-06 |

   The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 21 2006
J T NOBLIN, CLERK
BY _____ DEPUTY

November 16, 2006
Date of Imposition of Judgment

_/s/ Henry T. Wingate_
Signature of Judicial Officer

Henry T. Wingate, Chief United States District Judge
Name and Title of Judicial Officer

November 21, 2006
Date

AO 245D  (Rev. 9/00) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: FERLANDO ESCO
CASE NUMBER: 3:02cr131WN-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **twenty-four (24) months, with no supervised release to follow incarceration to run consecutively to the multiple Count sentences in Madison County Cause Number 2005-0522.**
The cost of incarceration is waived.

☐ The Court makes the following recommendations to the Bureau of Prisons:

■ **The defendant is ordered returned to Mississippi Department of Corrections (MDOC) custody and if he satisfies the multiple count sentences imposed in Madison County Cause Number 2005-0522, he will be remanded to the custody of the U.S. Marshal Service to begin service of his Federal sentence.**

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL